# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL ARTHUR BELL, | : | CIVIL ACTION NO. 3:CV-15-1842 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**NOW, THIS 14th DAY OF JUNE, 2017,** for the reasons set forth in the accompanying Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED;**

2. The Clerk of Court is directed to **CLOSE** this case;

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

/s/ William J. Nealon
**United States District Judge**