UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL ARTHUR BELL,** | : |
| Petitioner | : |
| | : **CIVIL ACTION NO. 3:15-1842** |
| v. | : |
| | : **(Judge Mannion)** |
| **PA BD. OF PROBATION AND PAROLE,** *et al*, | : |
| | : |
| Respondents | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 4, 2019**
15-1842-01-ORDER